**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARGARET ANDERSON, as Personal
Representative of the Estate of
DERRICK BURROUGHS, Deceased,

Case No. _____

Hon. _____

      Plaintiff,

v

KALAMAZOO COUNTY and CMH, A Political
Subdivision, DEPUTY JAMES MILLER, SGT.
JAMES DELABARRE, AKI NEARCHO, Jail Clinician,
In Their Official and Individual Capacities, and

      Defendants.
_____/

| | |
|---|---|
| David A. Robinson (P38754)<br>Attorneys for Plaintiff<br>Robinson and Associates, P.C.<br>28145 Greenfield Road, Ste. 100<br>Southfield, MI 48076<br>(248) 423-7234; (248) 423-7227 (f)<br>attyrobinson@davidarobinsonlaw.com | James L. Dyer (P32544)<br>Attorney for Defendant James Miller<br>Johnson, Rosati, Schultz & Joppich, P.C.<br>303 S. Waverly Road<br>Lansing, MI 48917<br>(517) 886-3800; (517) 886-9154 (f)<br>jdyer@jrsjlaw.com |
| Thomas E. Kuhn (P37924)<br>Thomas E. Kuhn, P.C.<br>Co-Counsel for Plaintiff<br>615 Griswold Street, Ste. 515<br>Detroit, MI 48226<br>(313) 963-5222; (313) 963-9061 (f)<br>tekuhn@aol.com | James E. Tamm (P38154)<br>Attorney for CMH<br>O'Connor, De Grazia, Tamm & O'Connor, P.C.<br>40701 Woodward Avenue, Ste. 105<br>Bloomfield, Hills, MI 48304<br>(248) 433-2000; (248) 433-2001 (f)<br>jetamm@odtlegal.com |
| | Allen C. Vander Laan (P33893)<br>Attorney for Kalamazoo Co., Sgt. James<br>Delabarre, and Aki Nearcho<br>Cummings, McClorey, Davis & Acho PLC<br>2851 Charlevoix Drive, SE, Ste. 327<br>Grand Rapids, MI 49546<br>(616) 975-7470; (616) 975-7471 (f)<br>avanderlaan@cmda-law.com |

_____/

**NOTICE OF REMOVAL OF ACTION**

**NOW COMES** Defendant, James Miller, by the undersigned attorney and in support of his Notice of Removal of Action, hereby states as follows:

1. That Defendant James Miller, by his Counsel, has waived the service of a summons, by filing with this Court a Waiver under FR Civ P 4, along with this Notice of Removal and other applicable documents, the Waiver being dated March 8, 2013.

2. On information and belief, all other Defendants will likewise file Waivers of the Service of Summons with this Court upon filing of this Removal of Action and the assignment of a case number.

3. That said Complaint and Jury Demand filed in the Kalamazoo County Circuit Court alleges in part, as Counts I-III, that the Plaintiff was deprived of its constitutional rights in violation of 42 USC § 1983.

4. That the allegations in the Plaintiff's Complaint, involving claims arising under the Constitution and laws of these United States, are within the original jurisdiction of this United States District Court.

5. That all Defendants in this matter who have been named in the Complaint are represented by legal counsel, as indicated in the Caption to this Notice of Removal. The undersigned counsel has had personal contact with each of the other defense attorneys and confirmed that they do consent to removal of this action from the Kalamazoo County Circuit Court to Federal Court.

6. That pursuant to 28 USC Sections 1331 and 1441, removal of this action from State Circuit Court to the United States District is proper.

7. Supplemental jurisdiction is appropriate pursuant to 28 USC 1367.

**WHEREFORE**, Defendant prays that this Honorable Court grant this Notice for Removal of Action.

        Respectfully submitted,

        JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C.

        /s/ James L. Dyer
        By: James L. Dyer   (P32544)
        Attorneys for Defendant James Miller
        303 S. Waverly Road
        Lansing, MI 48917
        (517) 886-3800

Dated: March 12, 2013